UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOHNNY GANT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:10-cv-557 |
| | ) | Judge Trauger |
| METROPOLITAN POLICE | ) | |
| DEPARTMENT, et al, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

Pending before the court is a *pro se* complaint brought under 42 U.S.C. § 1983. The plaintiff, proceeding *in forma pauperis*, resides in Nashville, Tennessee. (Docket Nos. 1, 3). Also pending is a motion to dismiss by the Metropolitan Nashville Police Department and the Metropolitan Government of Nashville and Davidson County ("Metro Government"). (Docket No. 9).

The court has reviewed the complaint and finds that it contains claims which are not facially frivolous. 28 U.S.C. § 1915(e)(2). The plaintiff has fourteen (14) days from the day he receives this Order to amend his complaint to substitute the names of the three officers previously known only as "John Does." The plaintiff is forewarned that failure to amend his complaint within the proscribed time limit may result in the dismissal of his complaint.

For the reasons explained in the memorandum entered contemporaneously herewith, the motion to dismiss by the Metropolitan Nashville Police Department and Metro Government (Docket No. 9) is **GRANTED**. The plaintiff's § 1983 claims against the Metropolitan Police Department and the Metro Government are **DISMISSED WITH PREJUDICE**.

1

It is so **ORDERED**.

_____
Aleta A. Trauger
United States District Judge

2