# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| JOHNNY GANT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:10-0557 |
| ) | Judge Trauger |
| METROPOLITAN POLICE DEPARTMENT, ) | Magistrate Judge Knowles |
| *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

On December 9, 2010, the Magistrate Judge issued a Report and Recommendation (Docket No. 16), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **DISMISSED**.

It is so **ORDERED.**

ENTER this 14th day of January 2011.

_____
ALETA A. TRAUGER
U.S. District Judge